IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ROTO-THERM, INC. | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. AMD-01-0348 |
| WENDELL TEXTILES, INC. | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

<u>O R D E R</u>

The court having reviewed the Complaint for Confessed Judgment filed in this case, the Promissory Note containing a provision for the confession of judgment executed by the defendant, and the Affidavit of the Plaintiff's counsel, and the court finding the aforesaid documents <u>prima facie</u> establish (1) a voluntary, knowing and intelligent waiver by the defendant of the right to notice and a pre-judgment hearing on the merits of the claim of the plaintiff for liquidated damages; (2) and a meritorious claim of the plaintiff for liquidated damages against the defendant, it is this 21st day of February, 2001,

ORDERED pursuant to Local Rule 108 that the Clerk is directed to enter a Judgment by Confession herein and issue the appropriate notice to the Defendant.

_____
BETH P. GESNER
UNITED STATES MAGISTRATE JUDGE